**416**

■
COM.

v.

**MACK, D.**

**2723 EDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–51–CR–0002453–2007 (Philadelphia)

Affirmed

■
COM.

v.

**BOLUS, R.**

**1300 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–35–CR–0001602–2011
(Lackawanna)

Affirmed

■
COM.

v.

**BURRELL, M.**

**1483 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–41–CR–0000598–2015 (Lycoming)

Quashed

■
COM.

v.

**WHITE, A.**

**1615 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–67–CR–0001280–2012 (York)

Affirmed

■
COM.

v.

**KELLY, A.**

**1796 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–38–CR–0001913–2015 (Lebanon)

Affirmed

■
COM.

v.

**GATES, R.**

**1818 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–22–CR–0000768–1993
(Dauphin)

Affirmed

